RECEIVED

JAN 14 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DALE ROBIN MILLER | CIVIL ACTION 14-2613 |
| VERSUS | JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, including objections, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

**IT IS ORDERED** that the petition for *habeas corpus* is deemed successive and is **DISMISSED** for lack of jurisdiction. It is further **ORDERED** that those claims not cognizable on *habeas corpus* are hereby **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE** and **SIGNED** on this 14th day of January, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA